# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RORY ANDERSON, | Case No.: 2:10-CV-00957-WJM-MF |
| Plaintiff, | |
| v. | **(Unlawful Debt Collection Practices)** |
| EMERALD MARKETING GROUP, LLC, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


_/s/ Amy L. Bennecoff_
Amy L. Bennecoff, Esquire
Kimmel & Silverman, PC
1930 East Marlton Pike, Suite Q 29
Cherry Hill, NJ 08003

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

John L. Mullen, Esq.
Franke, Schultz & Mullen, P.C.
8900 Ward Parkway
Kansas City, MO 64105

_____/s/ Amy L. Bennecoff\_\_\_
Attorney for Plaintiff
Amy L. Bennecoff, Esquire
Kimmel & Silverman, PC
1930 East Marlton Pike, Suite Q29
Cherry Hill, NJ 08003